UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America**<br>v.<br>**Cote Colby** | No. 23-cr-10163-AK |

### COUNSEL'S MOTION TO WITHDRAW /
### DEFENDANT'S MOTION FOR NEW COUNSEL

Keith Halpern, appointed counsel for defendant Cote Colby, hereby moves to withdraw his appearance, in conjunction with Mr. Colby's request for new counsel. As grounds therefore:

Counsel and defendant are at odds regarding strategies to address difficulties that the defendant is encountering at Wyatt Detention Center, relating to alleged disciplinary infractions and treatment for addiction.

These differences have led to a breakdown in communication that both counsel and Mr. Colby feel is not repairable. Both Mr. Colby and counsel wish to terminate their relationship and have new counsel appointed.

Cote Colby
By his Attorney,

/s/ *Keith Halpern*
Keith Halpern
BBO # 545282
572 Washington Street, Suite 19
Wellesley, MA 02482
(617) 722-9952

CERTIFICATE OF SERVICE
I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 12, 2023.

/s/ *Keith Halpern*